NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**RAWCAR GROUP, LLC, DBA CFI MEDICAL
SOLUTIONS, A MICHIGAN CORPORATION,**
*Plaintiff-Appellee,*

**v.**

**GRACE MEDICAL, INC., A NEVADA
CORPORATION, PULSE MEDICAL, INC., A
GEORGIA CORPORATION, PREFERRED
MEDICAL PRODUCTS, A TENNESSEE COMPANY,
J. RANDALL PITTMAN, DBA PREFERRED
MEDICAL PRODUCTS, A TENNESSEE SOLE
PROPRIETORSHIP, AND PREFERRED MEDICAL
PRODUCTS, LLC,**
*Defendants-Appellants.*

---

2014-1818

---

Appeal from the United States District Court for the
Southern District of California in No. 3:13-cv-01105-H-
BLM, Judge Marilyn L. Huff.

---

**ON MOTION**

---

**O R D E R**

2                          RAWCAR GROUP, LLC v. GRACE MEDICAL, INC.


Grace Medical et al. moves to withdraw their October 21, 2014 motion for an emergency stay pending appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to withdraw is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s31